UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA MCDONALD,

    Plaintiff,

against

J.C. PENNEY CORPORATION, INC.,

    Defendant.

CIVIL ACTION NO.: 19 Civ. 2209 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

All of the defendants' answer due dates expired at least one month ago but Plaintiff has not requested a Certificate of Default from the Clerk of Court. Plaintiff is directed to file a status report by **Friday, December 13, 2019**.

Dated:    New York, New York
           December 9, 2019

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**