

# NEIL H. GREENBERG & ASSOCIATES, P.C.
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
MELANIE J. LAZARUS, ESQ.

PARALEGALS

ROSA COSCIA
FRANCIS PEÑA

February 25, 2020

**VIA ECF Filing**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The parties' joint Letter-Motion to adjourn the Initial Conference scheduled for March 4, 2020 (ECF No. 19) is GRANTED. The Initial Conference is rescheduled to **Monday, April 6, 2020 at 12:00 pm**, with the parties' Report of Rule 26(f) Meeting and Proposed Case Management Plan due by **Monday, March 30, 2020**. The Clerk of Court is respectfully directed to close ECF No. 19.
>
> SO-ORDERED 2/26/2020
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**RE:** Hinojosa v. Black Rose Hospitality Group LLC, et al.
19-CV-9301 (PGG)(SLC)

Honorable Judge Cave:

    This office represents the Plaintiff in the above-referenced matter. On December 17, 2019, the Court issued an Order referring the parties to mediation [D.E. 15] which was scheduled for, and did in fact take place on February 19, 2020. However, while the parties engaged in the mediation process for nearly four hours, it was ultimately decided that additional document exchange was needed to facilitate further negotiations and that it was in the parties' best interests to continue mediation at a later date after such production. The second mediation conference is scheduled to take place on March 24, 2020. Accordingly, I write now on behalf of all parties to respectfully request an adjournment of the Initial Conference currently scheduled to take place before Your Honor on March 4, 2020. This is the first request for adjournment of the Initial Conference.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Melanie Lazarus*
Melanie J. Lazarus, Esq.

cc: All Counsel of Record (VIA ECF Filing)

PHONE: 516.228.5100    FAX: 516.228.5106    INFO@NHGLAW.COM
WWW.NHGLAW.COM    WWW.NEWYORKOVERTIMELAW.COM