

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.  
JUSTIN M. REILLY, ESQ.  
KEITH E. WILLIAMS, ESQ.  
MELANIE J. LAZARUS, ESQ.

PARALEGALS  
ROSA COSCIA  
FRANCIS PENA

March 30, 2020

**VIA ECF Filing**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:  Hinojosa v. Black Rose Hospitality Group LLC, et al.
       19-CV-9301 (PGG)(SLC)**

Honorable Judge Cave:

      This office represents the Plaintiff in the above-referenced matter. On December 17, 2019, the Court issued an Order referring the parties to mediation [D.E. 15] which was scheduled for, and did in fact take place on February 19, 2020. However, while the parties engaged in the mediation process for nearly four hours, it was ultimately decided that additional document exchange was needed to facilitate further negotiations and that it was in the parties' best interests to continue mediation at a later date after such production. Thereafter, on February 25, 2020, the parties wrote to Your Honor jointly to advise that a second mediation conference was scheduled to take place on March 24, 2020 and to request an adjournment of the March 4, 2020 Initial Conference until after that date. Accordingly, the Court adjourned the conference to April 6, 2020 at 12:00 p.m. Unfortunately, due to the current state of the world, and especially New York in the face of the Covid-19 pandemic, the March 24, 2020 mediation could not take place. On the advice of the S.D.N.Y. mediation office that the parties pick a new date in June or July, the second mediation session has been adjourned until June 18, 2020. Given the parties' strong interest in settling this matter, I write now on behalf of all parties to once again request an adjournment of the Initial Conference until after the second mediation conference.

PHONE: 516.228.5100     FAX: 516.228.5106     INFO@NHGLAW.COM
WWW.NHGLAW.COM     WWW.NEWYORKOVERTIMELAW.COM

We thank the Court for its time and attention to this matter.

> Respectfully submitted,
>
> *Melanie Lazarus*
>
> Melanie J. Lazarus, Esq.

cc (via ECF Filing):   All Counsel of Record

---

The parties' joint Letter-Motion to adjourn their Initial Conference (ECF No. 22) is GRANTED.  The Initial Conference is adjourned to **Tuesday, July 7, 2020 at 11:00 am**, with the parties' proposed case management plan due **Tuesday, June 30, 2020**.  The Clerk of Court is respectfully directed to close ECF No. 22.

SO-ORDERED 3/31/2020

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge