UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE HINOJOSA,

                Plaintiff,

against

BLACK ROSE HOSPITALITY GROUP LLC, d/b/a THE BRUAGARY, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 09301 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having reached a settlement on all issues during their mediation (See ECF No. 24) are directed to jointly submit their settlement agreement for Court approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The parties are directed to submit their settlement agreement and relevant documents to the Court, by **Monday, July 20, 2020**, for review by the Honorable Paul G. Gardephe. Accordingly, the Initial Conference scheduled for Tuesday, July 7, 2020, is adjourned sine die.

Dated:      New York, New York
              June 19, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**