**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
MELANIE J. LAZARUS, ESQ.

PARALEGALS

ROSA COSCIA
FRANCIS PEÑA

July 20, 2020

**VIA ECF Filing**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   Hinojosa v. Black Rose Hospitality Group LLC, et al.
      19-CV-9301 (PGG)(SLC)

Honorable Judge Cave:

This office represents the Plaintiff in the above-referenced matter. Kindly accept this correspondence as the parties' request for an extension of time from today, July 20, 2020 to July 27, 2020 to submit their motion for judicial approval of the parties' settlement.

The parties do have an agreed upon written settlement agreement that is signed by Plaintiff. Defendants' counsel expects Defendants to sign the agreement over the next few days.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Justin M. Reilly, Esq.

cc:   All Counsel of Record (VIA ECF Filing)

---

The parties' joint letter-motion (ECF No. 26) is GRANTED. The parties are directed to submit their settlement agreement for approval by the Honorable Paul G. Gardephe by **Monday, July 27, 2020**.

The Clerk of Court is respectfully directed to close ECF No. 26.

SO-ORDERED 7/21/2020

SARAH L. CAVE
United States Magistrate Judge

---