# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email **Raymondnardo@gmail.com**

July 24, 2020

BY ECF

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square Courtroom 705
New York, NY 10007

        Re:    Hinojosa v. Black Rose Hospitality Group LLC d/b/a The Burgary, et. al.
              19-CV-9301 (PGG)

Dear Judge Gardephe,

I represent the Defendants in the above matter. The matter has resolved, but the final mechanics of executing the settlement and transferring the consideration to my escrow account will take a little longer than expected. As a result, Defendants seek another extension, until August 5, 2020, to submit the necessary paperwork for approval pursuant to *Cheeks*. Plaintiff graciously consents to this application.

Thank you for your consideration.

Respectfully submitted,

_____
RAYMOND NARDO, ESQ.

RN:rn
cc:    Justin Reilly, Esq. (by ECF)

---

This case having been referred to the undersigned to manage general pretrial matters (ECF No. 5), requests regarding such matters should be addressed accordingly.

Defendants' joint letter-motion (ECF No. 28) is GRANTED. The parties are directed to submit their settlement agreement for approval by the Honorable Paul G. Gardephe by **Wednesday, August 5, 2020**. The Clerk of Court is respectfully directed to close ECF No. 28.

SO-ORDERED 7/27/2020

_____
SARAH L. CAVE
United States Magistrate Judge