UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE HINOJOSA,

                Plaintiff,

against

BLACK ROSE HOSPITALITY GROUP LLC, d/b/a THE BRUAGARY, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 09301 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 27, 2020, the parties were granted leave to submit their settlement agreement for approval by the Honorable Paul G. Gardephe by August 5, 2020. (ECF No. 29). The parties failed to do so and are ORDERED to file a joint letter by **Friday, August 7, 2020**, explaining their failure to comply with the Court's order.

Dated:      New York, New York
             August 6, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**