# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email **Raymondnardo@gmail.com**

August 6, 2020

BY ECF

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square Courtroom 705
New York, NY 10007

      Re:    Hinojosa v. Black Rose Hospitality Group LLC d/b/a The Burgary, et. al.
             19-CV-9301 (PGG)

Dear Judge Gardephe,

I represent the Defendants in the above matter. The matter has resolved, but the final mechanics of executing the settlement and transferring the consideration to my escrow account has taken longer than expected. As a result, Defendants seek another extension, until August 14, 2020, to submit the necessary paperwork for approval pursuant to *Cheeks*. Plaintiff graciously consents to this application.

Thank you for your consideration.

Respectfully submitted,

_____
RAYMOND NARDO, ESQ.

RN:rn
cc:    Justin Reilly, Esq. (by ECF)

---

Defendants' Letter-Motion (ECF No. 30) is GRANTED. The Order requiring a joint letter from the parties explaining the failure to submit their settlement agreement for approval (ECF No. 31) is terminated. The parties are directed to submit their settlement agreement for approval by the Honorable Paul G. Gardephe by Friday, August 14, 2020. The Clerk of Court is respectfully directed to close ECF No. 30.

SO-ORDERED 8/7/2020

SARAH L. CAVE
United States Magistrate Judge